### In re OWENS.

### In re CHURCH OF ST. FRANCIS XAVIER.

(*Common Pleas of New York City and County, General Term.*    June 6, 1892.)

INSANITY—VALIDATION OF DEED—TRAVERSE OF INQUISITION.

 A person claiming under a deed from an alleged lunatic cannot, for the purpose of validating the deed, maintain a *supersedeas* of the inquisition of lunacy after the death of the lunatic, but his remedy is by means of a traverse of the inquisition.    18 N. Y. Supp. 850, affirmed.

Appeal from special term.

Petition by the Church of St. Francis Xavier, asking that an adjudication of lunacy against Ann Eliza Owens be set aside.    From an order denying a motion to confirm the report of the referee appointed in the case, the college appeals.    Affirmed.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Bliss & Schley*, for appellant.    W. *Tazewell Fox*, for respondent.

PER CURIAM.    We have examined the papers and testimony in this case with care; and, while we are convinced that the grantor in the deed in controversy was of sound mind when she made it, yet we think the reasons given by the learned judge who denied the motion are conclusive.    In addition to the remedy suggested by the judge at special term, it is possible that the cloud upon the title may be removed by an action brought for that purpose, in which all the heirs at law are made parties.    The order should therefore be affirmed, with costs.